AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bissoon, Cathy | US District Court for the Western District of Pa. | 5/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Courthouse & Post Office
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Pittsburgh Zoo & PPG Aquarium |
| 2. | Director | Mt. Lebanon Teen Center |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Medrad, Inc. -- Wages |
| 2. | 2011 | SAE International -- Wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bissoon, Cathy** | 5/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Niagara (Savings) | D | Interest | L | T | | | | | |
| 2. Allegent Community Federal Credit Union (Savings/CD) | A | Interest | J | T | | | | | |
| 3. Fidelity Bank (Savings/CD) | A | Interest | M | T | | | | | |
| 4. IRA #1 | | | | | | | | | |
| 5. - Baron Growth Fund | C | Dividend | | | Sold | 01/19/11 | K | C | |
| 6. - CitiBank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 7. - American Century International Bond | | None | | | Sold | 01/19/11 | J | A | |
| 8. - Dreyfus Emerging Mkts Fund Class A | E | Dividend | | | Sold | 01/19/11 | L | D | |
| 9. - Eaton Vance Large Cap Value Fund Class A | E | Dividend | | | Sold | 01/19/11 | L | D | |
| 10. - Janus Forty Fund Class S | D | Dividend | | | Sold | 01/19/11 | M | E | |
| 11. - Pimco Total Return Fund Class D | D | Dividend | | | Sold | 01/19/11 | L | B | |
| 12. - Royce Premier Fund | E | Dividend | | | Sold | 01/19/11 | J | B | |
| 13. - Western Asset Gov't Money Market | | None | | | Sold | 01/19/11 | J | | |
| 14. - Thornburg Int'l Value Fund Class A | B | Dividend | | | Sold | 01/19/11 | K | D | |
| 15. - Goldman Sachs TR Growth Opportunities FD Instl. | A | Dividend | K | T | Buy | 01/26/11 | K | | |
| 16. | | | | | Sold | 06/03/11 | K | A | |
| 17. - TCW Value Opportunties Fund I Share Cl. | A | Dividend | K | T | Buy | 01/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 06/03/11 | K | A | |
| 19. - Cambiar Small Cap Fund | | None | J | T | Buy | 01/26/11 | J | | |
| 20. - Eatpn Vance Large Cap Value FD Cl. I | | None | L | T | Buy | 01/26/11 | L | | |
| 21. - Ivy Mid Cap Growth Fund Cl. I | | None | J | T | Buy | 06/03/11 | J | | |
| 22. - JPMorgan Dynamic Small Cap Growth Fund Select Class | | None | J | T | Buy | 01/26/11 | J | | |
| 23. -Mainstay Large Cap Growth Fund Cl. I | | None | L | T | Buy | 01/26/11 | L | | |
| 24. - Managers AMG Systematic Mid Cap Value FD Instl. Share Cl. | | None | J | T | Buy | 06/03/11 | J | | |
| 25. - Metropolitan West Total Return Boad Fund Class I | | None | L | T | Buy | 01/26/11 | L | | |
| 26. - Pimco Emerging Local Bond Fund Cl. P | | None | K | T | Buy | 01/26/11 | K | | |
| 27. -Templeton Global Bond Fund Advisor Class | | None | J | T | Buy | 01/26/11 | J | | |
| 28. - Thornburg Int'l Value Fund Cl. I | | None | L | T | Buy | 01/26/11 | L | | |
| 29. - Virtus Emergin Markets Opportunties Fund Class I | | None | K | T | Buy | 01/26/11 | K | | |
| 30. IRA #2 | | | | | | | | | |
| 31. - Accenture PLC | | None | J | T | Buy | 08/09/11 | J | | |
| 32. | | | | | Sold | 09/13/11 | J | | |
| 33. - Covidien PLC | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 34. | | | | | Sold | 09/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Ace Limited | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 36. | | | | | Sold | 09/13/11 | J | A | |
| 37.   - Tyco Int'l Ltd. Chf | A | Dividend | J | T | Buy | 08/26/11 | J | | |
| 38. | | | | | Sold | 09/13/11 | J | A | |
| 39.   - AT&T | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 40. | | | | | Sold | 09/13/11 | J | A | |
| 41.   - Abercrombie & Fitch Co Class A | | None | J | T | Buy | 08/10/11 | J | | |
| 42. | | | | | Sold | 09/13/11 | J | | |
| 43.   - Cambiar Small Cap Fund | B | Dividend | J | T | Buy | 08/09/11 | J | | |
| 44.   - Alpha Natural Resources Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 45. | | | | | Sold | 08/10/11 | J | A | |
| 46.   - Altera Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 47. | | | | | Sold | 09/13/11 | J | A | |
| 48.   - Amazon Com Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 49. | | | | | Sold | 09/13/11 | J | A | |
| 50.   - American Electric Power Co. Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 51. | | | | | Sold | 09/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - American Express Co. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 53. | | | | | Sold | 09/13/11 | J | A | |
| 54.  - American Tower Corp. Class A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 55. | | | | | Sold | 09/13/11 | J | A | |
| 56.  - Ameriprise Financial Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 57. | | | | | Sold | 09/13/11 | J | A | |
| 58.  - Amgen Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 59. | | | | | Sold | 09/13/11 | J | A | |
| 60.  - Apache Corp. | | None | J | T | Buy | 08/09/11 | J | | |
| 61. | | | | | Sold | 09/13/11 | J | | |
| 62.  - Apple Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 63. | | | | | Sold | 09/13/11 | J | A | |
| 64.  - Autodesk Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 65. | | | | | Sold | 08/19/11 | J | | |
| 66.  - Avalonbay Cmntys. Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 67. | | | | | Sold | 09/13/11 | J | A | |
| 68.  - BASF SE Common Stock | | None | J | T | Buy | 08/09/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/13/11 | J | | |
| 70. - Baidu Inc. Spon. ADR Rpting. Ord. Shs. Cl. A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 71. | | | | | Sold | 09/13/11 | J | A | |
| 72. - Bank of America Corp | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 73. | | | | | Sold | 09/13/11 | J | A | |
| 74. - BHP Billiton Ltd. Spons. ADR | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 75. | | | | | Sold | 09/13/11 | J | A | |
| 76. - Boeing Co. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 77. | | | | | Sold | 09/13/11 | J | A | |
| 78. - Borgwarner Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 79. | | | | | Sold | 09/13/11 | J | A | |
| 80. - Boston Properties | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 81. | | | | | Sold | 09/13/11 | J | A | |
| 82. - C.H. Robinson Worldwide Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 83. | | | | | Sold | 09/13/11 | J | A | |
| 84. - CME Group Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 85. | | | | | Sold | 09/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - CVS Caremark Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 87. | | | | | Sold | 09/13/11 | J | A | |
| 88. - Carival Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 89. | | | | | Sold | 09/13/11 | J | A | |
| 90. - Cerner Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 91. | | | | | Sold | 09/13/11 | J | A | |
| 92. - Citigroup Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 93. | | | | | Sold | 08/10/11 | J | A | |
| 94. - Citrix Systems Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 95. | | | | | Sold | 09/13/11 | J | | |
| 96. - Cliffs Natural Resources | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 97. | | | | | Sold | 09/13/11 | J | A | |
| 98. - Cognizant Tech Solutions Cl. A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 99. | | | | | Sold | 09/13/11 | J | A | |
| 100. - Comcast Corp. Cl. A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 101. | | | | | Sold | 09/13/11 | J | A | |
| 102. - Concho Resources Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/13/11 | J | A | |
| 104.  - ConocoPhillips | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 105. | | | | | Sold | 09/13/11 | J | A | |
| 106.  - Costco Wholesale Corp. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 107. | | | | | Sold | 09/13/11 | J | A | |
| 108.  - Ctrip.com Int'l Ltd.-CNY | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 109. | | | | | Sold | 09/13/11 | J | A | |
| 110.  - Danaher Corp. DE | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 111. | | | | | Sold | 09/13/11 | J | A | |
| 112.  - Deere & Co. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 113. | | | | | Sold | 09/13/11 | J | A | |
| 114.  - Walt Disney Co. | | None | J | T | Buy | 08/09/11 | J | | |
| 115. | | | | | Sold | 09/13/11 | J | | |
| 116.  - EMC Corp. Mass | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 117. | | | | | Sold | 09/13/11 | J | A | |
| 118.  - Eaton Vance Commodity Strategy Fund Cl. I | | None | J | T | Buy | 08/09/11 | J | | |
| 119.  - Eaton Vance Large Cap Value FD Cl. I | B | Dividend | L | T | Buy | 09/13/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Ecolab Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 121. | | | | | Sold | 09/13/11 | J | A | |
| 122. - Edwards Life Sciences Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 123. | | | | | Sold | 09/13/11 | J | A | |
| 124. - Express Scripts Inc. Common | | None | J | T | Buy | 08/09/11 | J | | |
| 125. | | | | | Sold | 09/13/11 | J | | |
| 126. - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 127. | | | | | Sold | 09/13/11 | J | A | |
| 128. - FMC Technologies | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 129. | | | | | Sold | 09/13/11 | J | A | |
| 130. - Fifth Third Bancorp | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 131. | | | | | Sold | 09/13/11 | J | A | |
| 132. - Fluor Corp. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 133. | | | | | Sold | 09/13/11 | J | A | |
| 134. - Franklin Resources Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 135. | | | | | Sold | 09/13/11 | J | A | |
| 136. - Freeport McMoran Copper & Gold Cl. B | | None | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 09/13/11 | J | | |
| 138. - General Dynamics Corp. | | None | J | T | Buy | 08/09/11 | J | | |
| 139. | | | | | Sold | 09/13/11 | J | A | |
| 140. - General Electric Co. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 141. | | | | | Sold | 09/13/11 | J | A | |
| 142. - Goldman Sachs Group Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 143. | | | | | Sold | 09/13/11 | J | | |
| 144. - Goldman Sachs Absolute Return Tracker Cl. I | | None | K | T | Buy | 08/09/11 | K | | |
| 145. - Goodrich Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 146. | | | | | Sold | 09/13/11 | J | A | |
| 147. - Google Inc. Class A | | None | J | T | Buy | 08/09/11 | J | | |
| 148. | | | | | Sold | 09/13/11 | J | | |
| 149. - Green Mountain Coffee Roasters Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 150. | | | | | Sold | 09/13/11 | J | A | |
| 151. - HSBC Hldg. Plc. SP ADR New | | None | J | T | Buy | 08/09/11 | J | | |
| 152. | | | | | Sold | 09/12/11 | J | | |
| 153. - Halliburton Co. Holdings Co. | | None | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/13/11 | J | | |
| 155. - Hess Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 156. | | | | | Sold | 09/13/11 | J | A | |
| 157. - Humana Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 158. | | | | | Sold | 09/13/11 | J | A | |
| 159. - ING Global Real Estate FD Cl. I | | None | K | T | Buy | 08/09/11 | K | | |
| 160. - Illinois Tool Works Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 161. | | | | | Sold | 09/13/11 | J | A | |
| 162. - Intercontinental Exchange Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 163. | | | | | Sold | 09/13/11 | J | A | |
| 164. - IBM Corp. | | None | J | T | Buy | 08/09/11 | J | | |
| 165. | | | | | Sold | 09/13/11 | J | | |
| 166. - Intuitive Surgical Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 167. | | | | | Sold | 09/13/11 | J | A | |
| 168. - Intuit Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 169. | | | | | Sold | 09/13/11 | J | A | |
| 170. - Ivy Mid Cap Growth Fund Cl. I | B | Dividend | K | T | Buy | 08/09/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - JP Morgan Chase & Co. | | None | J | T | Buy | 08/09/11 | J | | |
| 172. | | | | | Sold | 09/13/11 | J | | |
| 173. - Johnson & Johnson | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 174. | | | | | Sold | 09/13/11 | J | A | |
| 175. - JP Morgan Dynamic Small Cap Growth Fund Select Class | B | Dividend | K | T | Buy | 08/09/11 | K | | |
| 176. - Keycorp New | | None | J | T | Buy | 08/09/11 | J | | |
| 177. | | | | | Sold | 09/13/11 | J | | |
| 178. - Kohls Corp. | | None | J | T | Buy | 08/09/11 | J | | |
| 179. | | | | | Sold | 09/13/11 | J | | |
| 180. - Kraft Foods Inc. Cl. A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 181. | | | | | Sold | 09/13/11 | J | A | |
| 182. - Las Vegas Sands Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 183. | | | | | Sold | 09/13/11 | J | A | |
| 184. - Estee Lauder Cos. Inc. Cl. A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 185. | | | | | Sold | 09/13/11 | J | A | |
| 186. - Lincoln Nat'l Corp. Ind. | | None | J | T | Buy | 08/09/11 | J | | |
| 187. | | | | | Sold | 09/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Mainstay Large Cap Growth Fund Cl. I | B | Dividend | L | T | Buy | 09/13/11 | L | | |
| 189. - Managers AMG Systematic Mid Cap Value FD Inst. Share Cl. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 190. - Metropolitan West Total Return Boad Fund Class I | A | Dividend | L | T | Buy | 08/09/11 | L | | |
| 191. - McDonald's Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 192. | | | | | Sold | 09/13/11 | J | A | |
| 193. - Merck & Co. Inc. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 194. | | | | | Sold | 09/13/11 | J | A | |
| 195. - MetLife Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 196. | | | | | Sold | 09/13/11 | J | | |
| 197. - Microsoft Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 198. | | | | | Sold | 09/13/11 | J | A | |
| 199. - Monsanto Co. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 200. | | | | | Sold | 09/13/11 | J | A | |
| 201. - National Grid PLC | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 202. | | | | | Sold | 09/13/11 | J | A | |
| 203. - Nestle SA Sponsored ADR | | None | J | T | Buy | 08/09/11 | J | | |
| 204. | | | | | Sold | 09/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Netapp Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 206. | | | | | Sold | 09/13/11 | J | | |
| 207.  - Netflix Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 208. | | | | | Sold | 09/13/11 | J | | |
| 209.  - Northrop Grumman Corp. | | None | J | T | Buy | 08/09/11 | J | | |
| 210. | | | | | Sold | 08/26/11 | J | | |
| 211.  - O'Reilly Automotive Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 212. | | | | | Sold | 09/13/11 | J | A | |
| 213.  - Occidental Petroleum Corp. Del. | | None | J | T | Buy | 08/09/11 | J | | |
| 214. | | | | | Sold | 09/13/11 | J | | |
| 215.  - Oracle Corp. | A | Dividend | J | T | Buy | 09/13/11 | J | | |
| 216. | | | | | Sold | 09/13/11 | J | A | |
| 217.  - PG&E Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 218. | | | | | Sold | 09/13/11 | J | A | |
| 219.  - PNC Financial Services | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 220. | | | | | Sold | 09/13/11 | J | A | |
| 221.  - PPG Industries Inc. | | None | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 09/13/11 | J | | |
| 223. - PPL Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 224. | | | | | Sold | 09/13/11 | J | A | |
| 225. - Peabody Energy Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 226. | | | | | Sold | 09/13/11 | J | A | |
| 227. - Pepsico Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 228. | | | | | Sold | 09/13/11 | J | | |
| 229. - Perrigo Co. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 230. | | | | | Sold | 09/13/11 | J | A | |
| 231. - Pfizer Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 232. | | | | | Sold | 09/13/11 | J | A | |
| 233. - Pimco Emerging Local Bond Fund Cl. P | | None | K | T | Buy | 08/09/11 | K | | |
| 234. - Priceline.com Inc. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 235. | | | | | Sold | 09/13/11 | J | A | |
| 236. - Prudential Financial Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 237. | | | | | Sold | 09/13/11 | J | | |
| 238. - Public Service Enterprise Grp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 09/13/11 | J | A | |
| 240. - Qualcomm Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 241. | | | | | Sold | 09/13/11 | J | A | |
| 242. - Ralph Lauren Corp. Cl. A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 243. | | | | | Sold | 09/13/11 | J | A | |
| 244. - Reynolds American Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 245. | | | | | Sold | 09/13/11 | J | A | |
| 246. - Rydex SGI Managed Futures Strategy Fund Cl. H | | None | K | T | Buy | 08/09/11 | K | | |
| 247. - Salesforce.com Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 248. | | | | | Sold | 09/13/11 | J | A | |
| 249. - Schlumberger Ltd. | | None | J | T | Buy | 08/09/11 | J | | |
| 250. | | | | | Sold | 09/13/11 | J | | |
| 251. - Scripps Network Interactive | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 252. | | | | | Sold | 09/13/11 | J | A | |
| 253. - Sempra Energy | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 254. | | | | | Sold | 09/13/11 | J | A | |
| 255. - Shire PLC ADR | A | Dividend | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 09/13/11 | J | A | |
| 257. - Simon Ppty. Group Inc. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 258. | | | | | Sold | 09/13/11 | J | A | |
| 259. - Starbucks Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 260. | | | | | Sold | 09/13/11 | J | A | |
| 261. - Suntrust Banks Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 262. | | | | | Sold | 8/26/11 | J | | |
| 263. - TD Ameritrade Holding Corp. | | None | J | T | Buy | 08/09/11 | J | | |
| 264. | | | | | Sold | 09/13/11 | J | | |
| 265. - TJX Companies Inc. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 266. | | | | | Sold | 09/13/11 | J | A | |
| 267. - Target Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 268. | | | | | Sold | 09/13/11 | J | A | |
| 269. - Thermo Fischer Scientific Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 270. | | | | | Sold | 09/13/11 | J | A | |
| 271. - Thornburg Int'l Value Fund Cl. I | | None | K | T | Buy | 08/09/11 | K | | |
| 272. - Time Warner Cable Inc. | | None | J | T | Buy | 08/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 09/13/11 | J | | |
| 274.  - Travelers Companies Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 275. | | | | | Sold | 09/13/11 | J | | |
| 276.  - US Bancorp Del. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 277. | | | | | Sold | 09/13/11 | J | A | |
| 278.  - Unilever NV NY Shs. New | | None | J | T | Buy | 08/09/11 | J | | |
| 279. | | | | | Sold | 09/13/11 | J | | |
| 280.  - Union Pacific Corp. | | None | J | T | Buy | 08/09/11 | J | | |
| 281. | | | | | Sold | 09/13/11 | J | | |
| 282.  - United Technologies Corp. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 283. | | | | | Sold | 09/13/11 | J | A | |
| 284.  - United Health Group Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 285. | | | | | Sold | 09/13/11 | J | A | |
| 286.  - Varian Medical Systems Inc. | | None | J | T | Buy | 08/09/11 | J | | |
| 287. | | | | | Sold | 09/13/11 | J | | |
| 288.  - Verisign Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 289. | | | | | Sold | 09/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Verizon Communications | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 291. | | | | | Sold | 09/13/11 | J | A | |
| 292.  - Visa Inc. Com. Cl. A | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 293. | | | | | Sold | 09/13/11 | J | A | |
| 294.  - Virtus Emerging Mkts. Opportunities Fund Class I | | None | L | T | Buy | 08/09/11 | L | | |
| 295.  - Vodafone Group PLC Spons. ADR New | | None | J | T | Buy | 08/09/11 | J | | |
| 296. | | | | | Sold | 09/13/11 | J | | |
| 297.  - Wal-Mart Stores Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 298. | | | | | Sold | 09/13/11 | J | A | |
| 299.  - Walter Energy Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 300. | | | | | Sold | 09/13/11 | J | A | |
| 301.  - Wells Fargo & Co. New | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 302. | | | | | Sold | 09/13/11 | J | A | |
| 303.  - Yum Brands Inc. | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 304. | | | | | Sold | 09/13/11 | J | A | |
| 305.  - Dreyfus Liquid Assets Inc. | A | Interest | J | T | Buy | 08/08/11 | J | | |
| 306.  Brokerage Account #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Capital World Growth and Income Fund Class A | A | Dividend | J | T | | | | | |
| 308.  - Growth Fund America Class A | A | Dividend | K | T | | | | | |
| 309.  - New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 310.  - Washington Mutual Investors Fund Class A | A | Dividend | K | T | | | | | |
| 311.  - CitiBank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 312. Ally Bank (Savings/CD) | A | Interest | L | T | | | | | |
| 313. The Walt Disney Company | A | Dividend | J | T | | | | | |
| 314. Pet Ecology Brands (Common) | | None | J | T | | | | | |
| 315. Biomass Secure Power (common) | | None | J | T | | | | | |
| 316. College Inv. Dir. Portfolio Coll. Sav. Plan Moderate | D | Int./Div. | L | T | | | | | |
| 317. College Inv. Dir. Portfolio Coll. Sav. Plan Conservative* | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*In Section VII, Line 317, this CollegeInvest Direct Portfolio College Savings Plan Moderate, has been converted to a CollegeInvest Direct Portfolio College Savings Plan Conservative account.

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 5/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Bissoon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544